UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KAYLE FLORES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:22-cv-00897-DOC<br><br>Action Filed: April 28, 2022<br><br>Related Case No. 8:20-cv-00897-DOC-ADA<br>Action Filed: May 13, 2020<br><br>Trial Date: January 28, 2025 |

**ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

[Filed Concurrently With:
- Stipulation re Dismissal of Entire Action]

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 31, 2024

_____
Honorable David O. Carter
United States District Judge